852

No. 630. KING ET AL. *v.* PRIEST ET AL. *Per Curiam:* The appeal is dismissed for want of a substantial federal question. MR. JUSTICE DOUGLAS and MR. JUSTICE RUTLEDGE are of the opinion that probable jurisdiction should be noted. *S. D. Flanagan* and *E. D. Franey* for appellants. *J. C. Taylor,* Attorney General of Missouri, for appellees.

No. 93. MARINO *v.* RAGEN, WARDEN. The motion of the Attorney General of Illinois for this Court's instructions to the Circuit Court of Winnebago County, Illinois, is denied.

No. 379. GRAND RIVER DAM AUTHORITY *v.* GRAND-HYDRO, INC. The petition for rehearing is granted. The order entered December 15, 1947, denying certiorari, 332 U. S. 841, is vacated and the petition for writ of certiorari to the Supreme Court of Oklahoma is granted. *Robert Leander Davidson* for petitioner. *Samuel Frank Fowler* for respondent.

No. 366, Misc. MAYES *v.* CALIFORNIA ET AL. The motions for leave to file petitions for writs of certiorari and habeas corpus are denied.

No. 531. BELLASKUS *v.* CROSSMAN, OFFICER IN CHARGE, U. S. IMMIGRATION AND NATURALIZATION SERVICE. C. C. A. 5th. Certiorari granted. Petitioner *pro se. Solicitor General Perlman, Assistant Attorney General Quinn* and *Robert S. Erdahl* for respondent.